Bernice Wilens, appellee, v. Yellow Cab Company, appellant. Gen. No. 31,919.

Action to recover for personal injuries from being struck by automobile. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Willis F. Graham, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1927. Affirmed. Opinion filed October 10, 1927.

Samuels, Costello & Greenberg and Rose & Symmes, for appellant. Morse Ives, H. H. Patterson and Charles C. Bodenstab, for appellee; H. H. Patterson, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

The People of the State of Illinois ex rel. Erna Zulke, appellee, v. Glen House, appellant. Gen. No. 31,931.

Bastardy proceeding. Judgment of filiation and for maintenance. Appeal from the Municipal Court of Chicago; the Hon. John Sbarbaro, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1927. Affirmed. Opinion filed October 10, 1927.

Cameron Latter, for appellant. Robert E. Crowe, State's Attorney, for appellee; Lee R. LaRochelle and Edward E. Wilson, Assistant State's Attorneys, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

Sol Rubin, appellant, v. Israel Blume et al., appellees. Gen. No. 31,936.

Bill for accounting, conveyance and injunction. Dismissed for want of equity. Appeal from the Superior Court of Cook county; the Hon. Oscar Hebel, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1926. Affirmed. Opinion filed October 10, 1927.

Granville W. Browning and Clark & Clark, for appellant. Epstein & Feiwell, for appellees.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

W. B. Martin, appellee, v. Chicago Flat Janitors' Union et al., on appeal of Oscar F. Nelson et al., appellants. Gen. No. 31,975.

Bill for injunction without notice to restrain picketing an apartment building. Temporary injunction granted. Appeal from interlocutory order of the Circuit Court of Cook county; the Hon. Hugo M. Friend, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1927. Affirmed. Opinion filed October 10, 1927.

Oscar F. Nelson and Joseph A. Ricker, for appellants. Otto A. Jaburek and James S. Wight, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.